IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MONICEN PINNOCK,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-5276** |
| | : | |
| **UNIVERSITY OF** | : | |
| **PENNSYLVANIA HOSPITAL,** *et al.*, | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 9th day of October, 2025, upon consideration of Plaintiff Monicen Pinnock's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. For the reasons stated in the Court's Memorandum, the Complaint (ECF No. 2) is **DISMISSED IN ITS ENTIRETY** as follows:

    a. All federal claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

    b. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. Defendants, University of Pennsylvania Hospital, UPHS Cernmill Lab, Jillian Baron, M.D., Maria Camelo Lazzo, RNP and Ann Shotmiller, RN's Motion to Dismiss Plaintiff's Complaint (ECF No. 6) is **DISMISSED** as **MOOT**.

5.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.